# United States Court of Appeals for the Federal Circuit

---

**COOPERATIVE ENTERTAINMENT, INC.,**
*Plaintiff-Appellant*

**v.**

**KOLLECTIVE TECHNOLOGY, INC.,**
*Defendant-Appellee*

---

2021-2167

---

Appeal from the United States District Court for the Northern District of California in No. 5:20-cv-07273-EJD, Judge Edward J. Davila.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

September 28, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court